# IN THE SUPREME COURT OF THE STATE OF DELAWARE

KEVIN ANDERSON and SUSAN FITZGERALD,

    Plaintiffs Below, Appellants,

v.

STEVEN LEER, JENNIFER SCANLON, JOSE ARMARIO, WILLIAM H. HERNANDEZ, RICHARD P. LAVIN, BRIAN A. KENNEY, GRETCHEN R. HAGGERTY, MATHEW CARTER, JR., and THOMAS A. BURKE,

    Defendants Below, Appellees.

§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§
§

No. 106, 2021

Court Below—Court of Chancery of the State of Delaware

C.A. No. 2018-0602

Submitted: October 27, 2021
Decided:  November 10, 2021

Before **SEITZ**, Chief Justice; **VALIHURA**, and **TRAYNOR**, Justices.

## ORDER

This 10th day of November 2021, after careful consideration of the parties' briefs and the record below, and following oral argument, we find it evident that the judgment of the Court of Chancery should be affirmed on the basis of and for the reasons stated in its Memorandum Opinion dated August 31, 2020 and its Letter Decision dated March 11, 2021.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Court of Chancery is AFFIRMED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Chief Justice